```
Sharon L. Kinsey (SBN 187285)
KINSEY CONSUMER LAW CENTER
16400 Bonney road
Watsonville, CA 95076
Telephone:  (831) 274-2417
Facsimile:  (831) 274-2512

Attorneys for Plaintiff
ALICIA RAMIREZ
```

*IT IS SO ORDERED — Judge James Ware — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| ALICIA RAMIREZ, an individual, and on behalf of the general public;<br><br>         Plaintiff,<br><br>vs.<br><br>CARDINALE OLDSMOBILE GMC TRUCK, INC; THOMAS CARDINALE, an individual, JOSEPH CARDINALE, an individual, and DOES ONE through TEN.<br><br>         Defendants.. | Case No. C04-04765JW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER PURSUANT TO RULE 41 (a)(1)(ii), F.R.C.P.** |

    Plaintiff, ALICIA RAMIREZ, and Defendants, CARDINALE OLDSMOBILE GMC TRUCK, INC., THOMAS CARDINALE and JOSEPH CARDINALE, hereby stipulate to the dismissal of the entire action with prejudice, including all parties and all causes of action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party to bear its own attorneys fees and costs.

---

Ramirez v. Cardinale Oldsmobile GMC, et al.   Stipulation of Dismissal and Proposed Order
Case No. C04-04765JW

| | | |
|---|---|---|
| 1 | Dated: August 17, 2005 | /s/ Sharon L. Kinsey |
| 2 | | Attorney for Plaintiff |
| 3 | | Alicia Ramirez |
| 4 | Dated: August 17, 2005 | /s/ Ann M. Elston |
| 5 | | Attorney for Defendants |
| | | CARDINALE OLDSMOBILE GMC |
| 6 | | TRUCK, INC., THOMAS CARDINALE and |
| 7 | | JOSEPH CARDINALE |

**IT IS SO ORDERED:**

Dated:  8/19/05        /s/ James Ware
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

---

Ramirez v. Cardinale Oldsmobile GMC, et al.          Stipulation of Dismissal and Proposed Order
Case No. C04-04765JW          Page -2-